IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HENRY WALKER, JR. PLAINTIFF

v. Case No. 1:25-cv-1026

JAIL ADMINISTRATOR GEAN SIEGER DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 33. Judge Singleton recommended that Defendant's Motion for Summary Judgment (ECF No. 23) be granted and that Plaintiff's claims be dismissed with prejudice. Judge Singleton determined that the record is inadequate to establish Plaintiff's denial of medical care claims. Plaintiff has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 33) in its entirety. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 23) is hereby **GRANTED**. Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge